# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

United States of America

v.

__Andres Hernandez-Godoy__
*Defendant*

Case No. 21 MJ 1396

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, __Andres Hernandez-Godoy__, Defendant, understand that I am scheduled for a __Detention__ /Preliminary hearing hearing on __9-28-2021__.
*nature of hearing*              *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: __9-28-2021__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Wayne Baker**
*Printed name of defendant's attorney*

federallitigator@gmail.com
*Defendant's attorney's e-mail address*